1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DAVID M. DAVID,

10              Petitioner,                    No. CIV S-09-0093 GGH P

11        vs.

12
     THE PEOPLE OF THE STATE OF
13   CALIFORNIA, et al.,

14              Respondents.                   ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's April 16, 2009, dismissal of his application for a writ of habeas corpus.  Petitioner

18   consented to the jurisdiction of the undersigned in this action.  Docket # 3.  Before petitioner can

19   appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App.

20   P. 22(b).

21              A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

22   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

23   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

24   satisfy the required showing or must state the reasons why such a certificate should not issue.

25   Fed. R. App. P. 22(b).

26              For the reasons set forth in the Order, filed on April 16, 2009 (docket # 5),

                                              1

1    petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly,

2    a certificate of appealability should not issue in this action.

3            IT IS SO ORDERED.

4    DATED: September 1, 2009

5                                                    /s/ Gregory G. Hollows

6                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
     GGH:009
7    davi0093.830d

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26